■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD DICKER, Appellant.— Motion by appellant to withdraw his appeal from a judgment of conviction of the Supreme Court, Kings County, rendered October 31, 1962, granted; appeal withdrawn. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT LAWRENCE FORD, Appellant.— Motion by appellant to vacate order of this court dated June 20, 1949, which dismissed, upon default, his appeal from a judgment of conviction rendered February 8, 1949, denied. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.

■ STELLA JOSEPH, Appellant, v. NAT ZUCKER, Respondent.— Cross motion by respondent to dismiss appeal, from an order of the Appellate Term of the Supreme Court, for failure to serve and file a timely notice of appeal after the granting of leave to appeal by this court. Motion granted; appeal dismissed, without costs. Motion by appellant for leave to prosecute appeal on 14 copies of the record dismissed in view of the dismissal of the appeal decided herein. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.

■ CHRISTINE J. BOPP, as Administratrix of the Estate of JOSEPH P. TAGLIARINI, Deceased, Respondent, v. MOISES BELL et al., Defendants, and DANA TRUCKING CO., INC., et al., Appellants.— Motion by respondent to correct the record on appeal denied. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.

■ PRESCOTT JENNINGS, JR., et al., Appellants, v. HIGH FARMS CORPORATION et al., Defendants, and THOMAS R. PYNCHON, as Superintendent of Highways of the Town of Oyster Bay, et al., Respondents.— Motion by appellants for reargument or for leave to appeal to the Court of Appeals denied. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ DOROTHEA K. MATTHEWS, Respondent, v. JOSEPH SCHUSHEIM, Also Known as JOSEPH MATTHEWS, et al., Appellants, et al., Defendants.— Motion by respondent for reargument or for leave to appeal to the Court of Appeals denied. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ JOSEPH J. SHAPIRO, Plaintiff, v. I. BURACK, INC., Respondent, and KENNETH BROWN, Appellant, et al., Defendants.— Motion by appellant for leave to appeal to the Court of Appeals denied. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ In the Matter of NICOLA DE STEFANO, Appellant, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Respondent.— Motion by appellant for reargument and for a stay, pending reargument, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.

■ In the Matter of FRANCIS S. FUREY, as Police Justice of the Incorporated Village of Valley Stream, Respondent. BAR ASSOCIATION OF NASSAU COUNTY, N. Y., INC., Petitioner.— Motion by petitioner for reargument of motion to confirm the Referee's report denied. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELDINE M. CHANCELLOR, Appellant.— Motion by appellant for reargument and for assignment of counsel denied. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.